IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00336-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHERNAR CLENON REDD,
a/k/a Clenon Chernar Redd,
a/k/a "Main",

      Defendant.

## ORDER TO RESET SENTENCING HEARING

This matter is before the Court *sua sponte*. The sentencing set for February 3, 2006 at 8:30 a.m. is RESET to February 3, 2006 **at 10:30 a.m.**

      DATED: January 26, 2006

      BY THE COURT:

      *s/ Phillip S. Figa*
      _____
      Phillip S. Figa
      United States District Judge