IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00336-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERNAR CLENON REDD,
a/k/a Clenon Chernar Redd,
a/k/a "Main",

    Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

The parties' Stipulated Motion to Continue Sentencing Hearing (Dkt. # 23) is GRANTED. The sentencing set for February 3, 2006 at 10:30 a.m. is RESET to **March 7, 2006 at 8:30 a.m.**

DATED: January 30, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge