IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00336-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHERNAR CLENON REDD,
a/k/a Clenon Chernar Redd,
a/k/a "Main",

      Defendant.

_____

**ORDER**

_____

      This matter was before this Court on May 18, 2006 for sentencing.   The

defendant was removed from the courtroom for his outbursts before the Court had

finished imposing sentence on the defendant.  It is therefore

      ORDERED that a copy of the transcript from the time the defendant was

removed for the courtroom shall be prepared.  It is

      FURTHER ORDERED that defense counsel, Mr. Lozow, shall forthwith inform

the defendant of his appeal rights and associated time limits, if he has not done so

already.  It is

      FURTHER ORDERED that the Government shall serve upon the defendant a

certified copy of the above-mentioned portion of the court transcript.  It is

      FURTHER ORDERED that the Government shall file with the Court verification

that the transcript has been served upon the defendant, and the date and means of

such service.

DATED May 19, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge